FILED
United States Court of Appeals
Tenth Circuit

December 11, 2020

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

ESTEBAN ALFARO-HUITRON; ELEAZAR GARCIA-MATA; JOSE ANTONIO GARCIA-MATA; JUAN GUZMAN; RAUL JASSO-CERDA; ENRIQUE ROJAS-TORRES; LAZARO ROJAS-TORRES; TRINIDAD SANTOYO-GARCIA; PEDRO TAMEZ,

    Plaintiffs - Appellants,

v.

CERVANTES AGRIBUSINESS; CERVANTES ENTERPRISES, INC.,

    Defendants - Appellees.

No. 19-2091
(D.C. No. 2:15-CV-00210-GJF-JHR)
(D. N.M.)

_____

## JUDGMENT
_____

Before **TYMKOVICH**, Chief Judge, **EBEL**, and **HARTZ**, Circuit Judges.
_____

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of New Mexico for further proceedings in accordance with the opinion of this court.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk