**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| ESTEBAN ALFARO-HUITRON, *et al.*, § <br>    Appellants, § <br> § <br> v. § <br> § <br> CERVANTES AGRIBUSINESS, § <br> *et al.*, § <br>    Appellees. § | No. 19-2091 |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF**

In accord with Local Rule 27.6, all nine individual Appellants seek their first and only extension of 30 days to file a brief, and in support would show:

1. Appellants' opening brief is currently due August 5, 2019. Appellants seek an additional 30 days, until September 4, 2019, to file their opening brief.

2. Appellees are two businesses that are represented by Joseph Cervantes who states that his clients do not oppose this motion.

3. No prior motion to extend time has been filed or decided in this case.

4. Undersigned counsel cannot meet the current filing deadline, even by exercising due diligence and prioritizing the brief because:

    a. prior to commencement of this appeal and establishment of any deadlines in it, counsel committed to a scheduling order in a complex multi-party RICO case pending in the Western District of Texas, *Rodriguez-Meza, et al. v. Venegas, et al.* Civil No. 2:17-0054, for which depositions will occur July 11 and

12 in Houston, followed by subpoenas to some dozen third parties, followed by an expert-report deadline of August 1, 2019, with a pending motion to compel to be decided in the meantime, all of which will consume almost all of counsel's available time;

  b. since March 2019, counsel has scheduled a two-week vacation between July 22 and August 4 with his wife and four children, with camping reservations in Colorado and Utah;

  c. counsel has extensive administrative responsibilities (new litigation approval, editing major documents, case strategy advice) for Texas RioGrande Legal Aid (www.trla.org) that require ongoing attention even during vacation periods, and unpaid overtime hours virtually every evening and weekend.

  WHEREFORE, Appellants request an additional 30 days to file their brief.

July 8, 2019

Respectfully submitted,
TEXAS RIOGRANDE LEGAL AID, INC.

*/s/ Jerome Wesevich*
Jerome Wesevich
1331 Texas Avenue
El Paso, Texas 79901
(915) 585-5100
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the date next to my signature above I emailed a true and complete copy of the foregoing document to counsel or appellees using beth@cervanteslawnm.com and joe@cervanteslawnm.com and using the Court's CM/ECF system, which produces service on all opposing aprties..

*/s/ Jerome Wesevich*
Jerome Wesevich

## PLEADING CERTIFICATIONS

I Jerome Wesevich Certify that:

(1) all required privacy redactions have been made (see 10th Cir. R. 25.5),

(2) any required paper copies to be submitted to the court are exact copies of the version submitted electronically (see ECF User Manual, Section II, Policies and Procedures for Filing Via ECF, Part I(b), pages 11-12) and,

(3) the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, and is free of viruses (see ECF User Manual, Section II, Policies and Procedures for Filing Via ECF, Part I(b), pages 11-12).

*/s/ Jerome Wesevich*
Jerome Wesevich