CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

August 20, 2019

Jerome W. Wesevich, Esq.
Texas Riogrande Legal Aid
1331 Texas Ave
El Paso, TX   79901

Joseph Cervantes, Esq.
2610 South Espina
Las Cruces, NM  88001

RE:  No. 19-2091 – Esteban Alfaro-Huitron et al. v. Cervantes Agribusiness et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellants' brief and the appendix is extended to **October 4, 2019**.

Sincerely,

KYLE ANN SCHULTZ