# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| ESTEBAN ALFARO-HUITRON, *et al.*, § <br> Appellants, § <br> § <br> v. § <br> § <br> CERVANTES AGRIBUSINESS, § <br> *et al.*, § <br> Appellees. § | No. 19-2091 |

## DECLARATION OF DELAYED FILING DUE TO TECHNICAL FAILURE

Pursuant to 10th Cir. Local Rule 25.7 and 28 U.S.C. § 1746, undersigned counsel for Appellants declares:

I attempted to file Appellants' brief and four-volume appendix at approximately 9:30 p.m. on October 4, 2019, but was prevented from doing so because the Court's CM/ECF system was down. At that time the Court's website stated that the outage would result in permission to file through October 7. On October 5, 2019, I noticed that the Court's website was working properly, so I filed the brief and appendix at that time. The documents I filed are the exact documents that were prepared for filing on October 4, without alteration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2019.

Respectfully submitted,
TEXAS RIOGRANDE LEGAL AID, INC.
*/s/ Jerome Wesevich*

>Jerome Wesevich
>1331 Texas Avenue
>El Paso, Texas 79901
>(915) 585-5100
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the date next to my signature above I emailed a true and complete copy of the foregoing document to counsel or appellees using beth@cervanteslawnm.com and joe@cervanteslawnm.com and using the Court's CM/ECF system, which produces service on all opposing parties.

>*/s/ Jerome Wesevich*
>Jerome Wesevich

## PLEADING CERTIFICATIONS

I Jerome Wesevich certify that:

(1) all required privacy redactions have been made (see 10th Cir. R. 25.5),

(2) any required paper copies to be submitted to the court are exact copies of the version submitted electronically (see ECF User Manual, Section II, Policies and Procedures for Filing Via ECF, Part I(b), pages 11-12) and,

(3) the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, and is free of viruses (see ECF User Manual, Section II, Policies and Procedures for Filing Via ECF, Part I(b), pages 11-12).

>*/s/ Jerome Wesevich*
>Jerome Wesevich