No. 19-2091

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

───────────────────────────────

ESTEBAN ALFARO-HUITRON, et al.,
Appellants,

v.

CERVANTES AGRIBUSINESS, et al.,
Appellees.

───────────────────────────────

Civil Appeal from the United States District Court
District of New Mexico, Civil No. 2:15-210
The Honorable Judith C. Herrera

───────────────────────────────

## APPELLEES' ERRATA NOTICE
## TO ANSWER BRIEF

>Joseph Cervantes
>901 E. University Ave., Bldg. 965L
>Las Cruces, NM 88001
>(575) 526-5600
>joseph@cervanteslawnm.com
>
>and
>
>L. Helen Bennett, P.C.
>P.O. Box 4305
>Albuquerque, NM  87196-4305
>(505) 321-1461
>hbennett@swcp.com
>
>*Attorneys for Appellees*

COME NOW Appellees, Cervantes Agribusiness and Cervantes Enterprises, Inc., by and through undersigned counsel and state:

1. That an express statement that there are no prior or related appeals, was inadvertently omitted from the opening brief. *See* 10th Cir. R. 28.2(C)(3).

| | |
|---|---|
| November 11, 2019 | Respectfully submitted, |
| | CERVANTES LAW FIRM, P.C. |
| | */s/ Joseph Cervantes* |
| | Joseph Cervantes |
| | 901 E. University Ave., Bldg. 965L |
| | Las Cruces, NM  88001 |
| | (575) 526-5600 |
| | joseph@cervanteslawnm.com |
| | and |
| | */s/ L. Helen Bennett* |
| | L. Helen Bennett, P.C. |
| | P.O. Box 4305 |
| | Albuquerque, NM  87196-4305 |
| | (505) 321-1461 |
| | hbennett@swcp.com |
| | *Attorneys for Appellees* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was electronically served on counsel via CM/ECF and by email to Appellants' counsel Jerome Wesevich and Christopher Benoit on this 14th day of November, 2019.

*/s/ Joseph Cervantes*
Joseph Cervantes

## PLEADING CERTIFICATIONS

I, Joseph Cervantes, hereby certify that (a) all required privacy redactions have been made; (b) the hard copies of any pleading required to be submitted to the clerk's office are exact copies of the ECF filing; (c) the ECF submission was scanned for viruses with the most recent version 6.6.11.162 of Bitdefender updated November 14, 2019; and (d) the pleading complies with applicable type volume limits.

*/s/ Joseph Cervantes*
Joseph Cervantes

## STATEMENT OF PRIOR OR RELATED APPEALS

I hereby certify that no prior or related appeals exist.

November 14, 2019         */s/ Joseph Cervantes*
                          Attorney for Appellees